# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: D.O.T. LITIGATION

No. 80230

NEVADA WELLNESS CENTER, LLC,
Appellant,
vs.
GREENMART OF NEVADA NLV LLC;
NEVADA ORGANIC REMEDIES, LLC;
THE STATE OF NEVADA
DEPARTMENT OF TAXATION;
HELPING HANDS WELLNESS
CENTER LLC; LONE MOUNTAIN
PARTNERS, LLC; INTEGRAL
ASSOCIATES LLC, D/B/A ESSENCE
CANNABIS DISPENSARIES; ESSENCE
TROPICANA LLC; ESSENCE
HENDERSON, LLC; CPCM HOLDINGS,
LLC, D/B/A THRIVE CANNABIS
MARKETPLACE; COMMERCE PARK
MEDICAL, LLC; CHEYENNE
MEDICAL, LLC; FIDELIS HOLDINGS,
LLC; GBS NEVADA PARTNERS, LLC;
GRAVITAS NEVADA, LLC; MEDIFARM
IV LLC; MEDIFARM, LLC; NEVADA
HOLISTIC MEDICINE, LLC; NEVADA
PURE, LLC; NULEAF INCLINE
DISPENSARY, LLC; PARADISE
WELLNESS CENTER, LLC; SERENITY
WELLNESS CENTER LLC; TGIG, LLC;
TRYKE COMPANIES RENO, LLC;
TRYKE COMPANIES SO NV, LLC;
COMPASSIONATE TEAM OF LAS
VEGAS LLC; DP HOLDINGS; CLEAR
RIVER LLC; LIVFREE WELLNESS,
LLC; MM DEVELOPMENT COMPANY,
INC.; ETW MANAGMENT GROUP LLC;
GLOBAL HARMONY LLC; GREEN
LEAF FARMS HOLDINGS LLC;
GREEN THERAPEUTICS LLC;

FILED

AUG 3 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

HERBAL CHOICE INC.; JUST QUALITY, LLC; LIBRA WELLNESS CENTER, LLC; ROMBOUGH REAL ESTATE INC., D/B/A MOTHER HERB; NEVCANN LLC; RED EARTH LLC; THC NEVADA LLC; ZION GARDENS LLC; MMOF VEGAS RETAIL, INC.; LAS VEGAS WELLNESS; COMPASSION LLC; QUALCAN LLC; D LUX LLC; DEEP ROOTS MEDICAL LLC; EUPHORIA WELLNESS LLC; CLARK NATURAL MEDICINAL SOLUTIONS LLC, D/B/A NUVEDA; CLARK NMSD LLC, D/B/A NUVEDA; D H FLAMINGO INC., D/B/A APOTHECARY SHOPPE; INYO FINE CANNABIS DISPENSARY LLC, D/B/A INYO FINE CANNABIS DISPENSARY; NYE NATURAL MEDICINAL SOLUTIONS LLC, D/B/A NUVEDA; SURTERRA HOLDINGS INC.; AGUA STREET LLC; BIONEVA INNOVATIONS OF CARSON CITY LLC; BLUE COYOTE RANCH LLC; GOOD CHEMISTRY NEVADA LLC; GREENLEAF WELLNESS INC.; HIGH SIERRA HOLISTICS LLC; LVMC C AND PLLC; MILLER FARMS LLC; TWELVE TWELVE LLC; SOUTHERN NEVADA GROWERS LLC; WAVESEER OF NEVADA LLC; HARVEST OF NEVADA LLC; GRAVITAS NEVADA LTD.; GRAVITAS HENDERSON LLC; FRANKLIN BIOSCIENCE NV LLC; WELLNESS CONNECTION OF NEVADA, LLC; EUREKA NEWGEN FARMS LLC; STRIVE WELLNESS OF NEVADA LLC; RURAL REMEDIES LLC; PURE TONIC CONCENTRATES LLC; NEVADA MEDICAL GROUP LLC; AND NCMM LLC,

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting injunctive relief. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

This court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the challenged order, entered on August 23, 2019, was filed only in case A-19-786962-B.[1] Although an amended notice of entry of the challenged order bearing the underlying district court case number and caption was filed in this case, the order itself bore only a single case number and the corresponding caption. Where the order was not filed in the district court case underlying this appeal (A-19-787540-W), it appeared that the order was not subject to challenge in the context of a notice of appeal filed in this case.[2]

Appellant asserts that this court has jurisdiction because the district court cases were consolidated and a copy of the August 23, 2019, order was filed in the consolidated cases. However, this court remains unconvinced that it has jurisdiction to consider an appeal from an order entered in a case different from the one the notice of appeal was filed in, even where the cases were coordinated at the time of the hearing on the challenged order and were later consolidated. *See generally Matter of Estate of Sarge*, 134 Nev. 866, 870-71, 432 P.3d 718, 722 (2018) (consolidated cases

---

[1]The order is on appeal in Docket No. 79668.

[2]It appears that the district court cases were coordinated, but not consolidated, at the time the challenged order was entered.

retain their separate identities for purposes of appeal); *see Moran v. Bonneville Square Assocs.*, 117 Nev. 525, 25 P.3d 898 (2001) ("[T]he burden rests squarely upon the shoulders of a party seeking to invoke our jurisdiction to establish, to our satisfaction, that this court does in fact have jurisdiction."). Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Stiglich

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Parker, Nelson & Associates
Attorney General/Carson City
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
McLetchie Law
Black & LoBello
Koch & Scow, LLC
Gunderson Law Firm
CV3 Legal
Clarence E. Gamble
Snell & Wilmer, LLP/Las Vegas
Fennemore Craig P.C./Reno
Simon Law
Attorney General/Las Vegas
Bailey Kennedy
Prince Law Group
Clark Hill PLLC
H1 Law Group
Hymanson & Hymanson
Pisanelli Bice, PLLC
Holley Driggs/Reno
JK Legal & Consulting, LLC
Maier Gutierrez & Associates
Bendavid Law
Argentum Law
Armstrong Teasdale, LLP/Las Vegas
Copenhaver & McConnell, PC.
Howard & Howard Attorneys PLLC
Semenza Kircher Rickard
Las Vegas Defense Group, LLC
Kemp, Jones & Coulthard, LLP
Jones Lovelock
Christiansen Law Offices
Miller Law, Inc.
Robertson, Johnson, Miller & Williamson
Maupin, Cox & LeGoy
Vohwinkel Law
Handelin Law Ltd.
Eighth District Court Clerk